**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 2:00-cr-00015 |
| | ) | |
| **BRIAN LARRY ELLEDGE** | ) | Judge Trauger |

## ORDER

Defendant Brian Larry Elledge has filed a *pro se* Motion for Clarification of Sentence (ECF No. 46). The Clerk is **DIRECTED** to furnish to the United States a copy of that motion and this order.

The United States is **DIRECTED** to file a response to this motion within **14 days** of the date this order is entered on the docket.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge